RECEIVED OCT 19 2015 BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_Eastern_ DIVISION

Fredrick E. Graham )
)
)
)
)
)
)
(Enter above the full name of the )
Plaintiff(s) in this action. Include prison )
registration number(s).) )
)
v. )
)
St. Louis Metropolitan Police Dept. )
Det. Matthew Manley, Gregory )
Klipsch (7977), Brandon Wims )
(DSN 8769), Shaviote Brandberry )
(7541), et al. )
)
(Enter above the full name of ALL Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

"Amended Complaint"

Case No. 4:15-CV-1324-AGF
(To be assigned by Clerk)

"Jury Trial Demanded"

### PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I. PLACE OF PRESENT CONFINEMENT:

Federal custody at Ste. Genevieve County Detention Center

II. PREVIOUS CIVIL ACTIONS:

   A. Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

      YES [ ]        NO [✓]

B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

2. Court where filed: _____

3. Docket or case number: _____

4. Name of Judge: _____

5. Basic claim made: _____

   _____

   _____

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):

   _____

III. GRIEVANCE PROCEDURES:

   A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

      YES [ ]          NO [✓]

   B. Have you presented this grievance system the facts which are at issue in this complaint?

      YES [ ]          NO [✓]

C. If your answer to "B" is YES, what steps did you take: _____

D. If your answer to "B" is NO, explain why you have not used the grievance system: Personal injuries from police brutality occurred on September 3, 2014 during an unlawful arrest w/o warrant

IV. PARTIES TO THIS ACTION:

A. Plaintiff(s)

1. Name of Plaintiff: Fredrick Ernest Graham
2. Plaintiff's address: #5 Basler Drive Ste. Genevieve, MO. 63670
3. Registration number: _____
4. Additional Plaintiff(s) and address(es): _____

B. Defendant(s)

1. Name of Defendant: St. Louis Metropolitan Police Department
2. Defendant's address: 1915 Olive St. St. Louis, Missouri 63103
3. Defendant's employer and job title: Law Enforcement Officers (Detectives of SLPD)
4. Additional Defendant(s) and address(es): Matthew Manley (7553), Gregory Klipsch (7977), Brandon Wyms (8764) Shariste Grandberry (7541), (John Doe - 3rd officer)

-3-

V. COUNSEL

A. Do you have an attorney to represent you in this action?

YES [ ]     NO [✓]

B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

YES [✓]     NO [ ]

C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

was refused counsel by the courts due to pro se filings of this complaint but lacks legal material and adequate law library to file this suit (need assistance'.)

D. If your answer to "B" is NO, explain why you have not made such efforts:

E. Have you previously been represented by counsel in a civil action in this Court?

YES [ ]     NO [✓]

F. If your answer to "E" is YES, state the attorney's name and address:

-4-

VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

Defendant(s), St. Louis Metropolitan Police Department is now legally responsible for the overall operation of these Detectives whom are the defendants in this claim this department violates; (1). My Eighth Amendment rights to be free from torture or barbarity and the cruel and degrading punishment of suffering from the multiple injuries not known to the common law (2). Any punishment which is excessive and cannot be defined with specificity and tends to broaden from corruptive laws against blacks as society tends to pay more regard to human decency and dignity an like to think that harassing and restricting the African American males to no rights; and push to prohibit a right to be free from police brutality and discrimination which the constitution forbids the making or enforcement by any state of any law abridging the privileges and immunities of citizens. (3) The Plaintiff's Civil Rights were restored without expressly restricting his rights; final discharge means satisfactory completion of imprisonment, probation and parole an this catagorized the plaintiff to rights violated under the Fifth Amendment as a non-violent felon as of Sept 2014. (4) The Fourth Amendment guaranteeing people the right to be secure in their homes and property against unreasonable searches and seizures and providing no Warrant shall be issued except upon probable cause ( see Attachments)

-5-

I

Defendant(s) St. Louis Metropolitan Police Department, et al.

Detective Matthew Manley (7553); is a law enforcement officer of the above department who, at all times mentioned in this complaint held the rank of Detective and was on active duty on the date of the September 3, 2014 action against the plaintiff Fredrick E. Graham.

(1) The defendant violated several of the plaintiffs' rights on Sept. 3, 2014 and was an accomplice with common intent to unite with associates (Defendants) who failed to perform a legal duty thereby to promote criminal responsibility of one who acts with another before during or after the preparation of a crime which was the police brutality by Matthew Manley and Gregory Klipsch on September 3, 2014

(2) Concealment becomes a fraud where it is effected by misleading the misleading and deceptive talk, which Defendant Manley tried to mislead the proceedings by multiple documents, statements and testimonies in trial also which were clearly inconsistent to each other and tampered with evidence by not properly requesting an crime scene investigator, to and which concealed is unlawful and tends affirmatively to suppress of the truth such conduct is designated active concealment

(3) This defendant showed active negligence for the inadvertent acts causing injury to the plaintiff by aggressively assaulting him and not properly giving him manatory medical care and/or resulting from failure to exercise ordinary care from all the brutality and acts that came from the effect of which took place up until Defendant Manley was summoned and had to be demanded to return back to a jail several hours after the plaintiff loss a large amount of blood for up to 4-5 hours before his injuries were attended to by St Alexius hospital from the actual damages to the plaintiffs' eye socket, head, back and multiple bruises also possible fractures and dislocation of shoulder which was clearly notified by Nurse at St. Louis Justice Center to plaintiff, from the attempts to cause serious bodily injuries to plaintiff.

(4) Racial Harassment, statements made at St. Louis City Justice Center after being summoned to stating he will personally walk the plaintiffs case of to federal court; from the course of directed at the plaintiff that caused substantial emotional distress; from when the defendants approached the victim unwarranted, taunted him and challenged him for not knowing the whereabouts of criminal activities while assaulting the plaintiff on a manner likely to provoke an disorderly response by repeatedly punching and kicking using offensive language, threats and tactics, etc.

II. Detective Gregory Klipsch (7917), Defendant, is a law enforcement officer of the Missouri St. Louis Metropolitan Police Department who, at all times mentioned in this complaint, held the rank of Detective and was on active duty on the September 2014 action against the plaintiff Fredrick E. Graham.

(1) On September 3, 2014 defendant Klipsch violated my civil rights as well as several other constitutional and other rights which occurred from Racial Harassment

(2) Police Brutality for punching the plaintiff unconcious and excessively tasering the plaintiff from the back of his head for long periods of time and threatening further abuse by assault of the plaintiff did not participate in giving any whereabouts of criminal activity while plaintiff was on the front porch of 5839 Romaine Place this incident cause the plaintiff intentional infliction of emotional distress. etc.

(3) For injuries committed against the plaintiff at the prompting of hatred towards him and done wantonly to injure the plaintiff regardless of the consequences the defendant showed elements of fraud, violence, wanton and willfulness to intentionally have the intent to inflict an injury aggressively and continuously and leaving the plaintiff to possibly bleed to death which is a conscious violation of law an operates their; Defendants Manley and Klipsch, social duties and was fatally bent on mischief which violated the plaintiffs legal rights as a citizen. etc.

III. Detective Brandon Wyms (8769) is a law enforcement officer for the St. Louis Metropolitan Police Department who, at all times of or mentioned in this complaint held the rank of Detective and was assigned to duties on September 3, 2014

(1) Actionable negligence for trying to conceal the injuries of plaintiff and wipe away the blood and cover the injuries and blood loss while on camera at the Union Blvd sub station, while this took place on camera on the rear parking lot and on camera in the booking areas of the said substation on Sept. 3-4, 2014 along with several other officers and supervisors stood by and was aware, etc.

(2) Active concealment, conspiracy and corruption. this officer had full knowledge that the plaintiff was losing blood for hours and panicked by trying to conceal the wounds with the authorization of their supervisors and concealment of these acts or plot by conspiracy and failing to disclose the brutality for/if the latter elements be present the party becomes a principal and accomplice with common intent to unite with association and failed to perform a legal duty concealment become a fraud and cause the plaintiff to be assaulted. etc...

IV. Detective Sharole Grandberry is a law enforcement officer for the St. Louis Metropolitan Police Department who, at all times of or mentioned in this complaint held the rank of, Detective, and was assigned to transport the plaintiff along with Defendant Brandon Wyms and a third John Doe defendant on September 3-4, 2014

(1) Active concealment, conspiracy and corruption; these said officers had full knowledge that the plaintiff Fredrick E. Graham was losing blood for hours and panicked by trying to conceal the wounds from the injuries given to the plaintiff by assault from defendants, Manley and Klipsch on the said date above the excessive blood loss was concealed while transported but was on camera with the authorization of their supervisors and concealment of these acts or plot by conspiracy and failing to disclose the brutality for the actions these officers becomes a principal and accomplice with common intent to unite with association and failed to perform a legal duty.

(2) Fraud, wanton and willfulness where defendant(s) mislead and disobed from the courts forms of the said Detectives acts or conduct on Sept. 3, 2014 that is of any statement, word or act on his part which tends affirmatively to a suppression of the truth.

(3) Actionable negligence for trying to conceal the injuries of plaintiff and by continuously wiping away the blood and not reporting the blood loss or the truth which the neglect took place on camera on the rear parking lot of the Union Blvd. substation and clearly on camera inside the booking area of the substation while they forced the plaintiff to set in a chair while they/he tried to stop the excessive bleeding from the plaintiffs eye socket along with the John Doe defendant and authorization of supervisor on duty, etc. and at the St. Louis City Justice Center on camera.

V. Each defendant in this complaint is requested to be sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

Note: these are the facts to the best of the plaintiffs' ability due to the conditions of confinement and the proper resources of legal material obtained pertaining to this claim and incident.

VI. On September 3, 2014 in front of 5839 Romaine Place in the Hamilton Heights area near the plaintiffs' original address, the said defendants were in violation of my civil rights which one has to be left alone and unnoticed if he chooses. Such invasion by these defendants constituted this actionable claim when and how I was assaulted by police brutality was at 10-11pm an though by me being on the front porch of a friend of family, which was a fenced in front yard, in the civil law; a real right of limited duration on the property of another, the right of using and enjoying and receiving the profits of property that belongs to another. Also the right not only to use but enjoy and the interruption or disturbance of the plaintiffs rights by officers because of his race is unlawful and humiliating and which does not fairly inform a person of what is commanded or prohibited is unconstitutional as violative of due process of law and the injustice failed to provide valid warrant, definite standards to guide discretionary actions of police officers so as to prevent arbitrary and discriminatory actions of law enforcement. The actions of officers towards blacks should be declared unconstitutional because, as drawn, they purport to punish us differently of conduct which is not criminal or are worded too vaguely to inform persons of the nature of the act declared criminal. These defendants approached without probable cause with hostile force began to quarrel and dispute by threatening and striking the plaintiff with unlawful application of force, caused plaintiff to suffer for hours with the excruciating pangs and consistent loss of blood without proper medical attention up until summoned to do so by Nurse at Justice Center on Sept. 4, 2014 and took place from the warrantless arrest and should be held accountable for their actions in this claim from the circumstances of peculiar outrage or atrocity and a state of mind affirmatively operating with furtive design or ill will by intentionally doing several wrongful acts knowing at the time that it was wrongful causing a chain conspiracy from the different activities the defendants carried on in a chain-like manner to cause and conceal the plaintiffs' injuries which could have caused the plaintiff to bleed to death from the hours of constant blood loss from the open wound to his left ear. Plaintiff was free from harassment and to live and work where he chooses, free to establish a home and embraces the freedom to use and enjoy his faculties in all lawful ways, privileges long recognized at common law as essential to the orderly pursuit of happiness by free people as a member of society the plaintiffs rights were violated. A man's natural liberty being a black (African American) restrained by human laws, the power to do whatever the law permits, I seek guaranteed protection against interference with the interests and the rights held dear and important to me as a African American non-violent citizen and by large classes of civilized men as members of a state. The plaintiffs personal decisions were violated by depriving me of the right to change the situation by moving ones person to whatsoever place my inclination may direct, without imprisonment or restraint or the right to go to any part of the world, instead of being confined to a particular part or destination but the wrongful intrusion into his private activities caused humiliation to his person and ordinary sensibilities,

VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

Restore Civil Rights, pardon from conviction which is a clear violation of plaintiffs' right under the constitution and other rights as well as civil, sanctions on defendant possibly a termination from their department in fear of other citizens being harmed unjustly and monetary damages awarded asap.

VIII. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☑    NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

Compensatory damages $100,000; Punitive damages of $100,000 and Actual damages for $100,000 also $200 for every date confined individually and officially, etc.

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]    NO [ ]

_Fredrick E. Graham_
Fredrick E. Graham
Signature of attorney or pro se Plaintiff(s)

10/12/2015
Date