UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| FREDERICK GRAHAM, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:15-cv-01324-agf |
| v. | ) | |
| | ) | |
| GREGORY KLIPSCH, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S EXHIBIT LIST

Defendant Gregory Klipsch submits the following list of exhibits.

Defendant may offer the following exhibits into evidence:

| **EXHIBIT** | **MARKED AS** |
|---|---|
| Photograph of House (CITY 024) | Defendants A |
| Photograph of House and Vehicle (CITY 025) | Defendants B |
| Photograph of House (CTIY 026) | Defendants C |
| Photograph of House (CITY 027) | Defendants D |
| Photograph of House and Yard (CITY 028) | Defendants E |
| Overhead View of Street (CITY 029) | Defendants F |
| Photograph of Hat and Gloves (CITY 031) | Defendants G |
| Signed Refusal of Medical Care form (CITY 117) | Defendants H |
| Booking Photo of Frederick Graham (CITY 033) | Defendants I |
| Section VI of Special Order 1-01 Use of Force (CITY 132-138) | Defendants J |
| Lab Report (CITY 022-023) | Defendants K |

1

| | |
|---|---|
| Certified Conviction of Frederick Graham in Case No. 14-CR-00333, United States v. Frederick Graham | Defendants L |
| Certified Conviction of Frederick Graham in Case No. 00-CR-00507 | Defendants M |

Respectfully submitted,

Sheena Hamilton,
CITY COUNSELOR

By: */s/ Brandon Laird*
    Brandon Laird, #65564MO
    Associate City Counselor
    Adriano Martinez, #69214MO
    Assistant City Counselor
    1200 Market Street
    City Hall Room 314
    St. Louis, MO 63103
    Telephone: (314) 622-3361
    Facsimile: (314) 622-4652
    lairdb@stlouis-mo.gov
    *Attorney for City of St. Louis*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

*/s/ Brandon Laird*

Brandon Laird
Associate City Counselor